A. H. THORNBURGH, Administrator of Estate of Winston Arthur Cameron, Deceased, Appellant, v. UNITED STATES of America.

No. 13098.

Circuit Court of Appeals, Eighth Circuit.

May 28, 1945.

Lawrence E. Goldman, of Kansas City, Mo., for appellant.

Charles L. Chalender, Atty., Dept. of Justice, of Springfield, Mo., and Maurice

M. Milligan, U. S. Atty., of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, without taxation of costs in favor of either of the parties in this Court, on motion of appellee.